**JUDGE MARRERO**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 5851**

---

FLETCHER INTERNATIONAL, LTD.,

    Plaintiff,

v.

SYNTROLEUM CORPORATION,

    Defendant.

---

Case No.

CORPORATE DISCLOSURE
STATEMENT



RECEIVED
JUN 27 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for plaintiff Fletcher International, Ltd. ("Fletcher") states that Fletcher has no parent corporations, and no publicly held corporation owns 10% or more of its equity interests.

Dated: June 27, 2008
New York, New York

                                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                      By: _____
                                                Andrew G. Gordon

                                      1285 Avenue of the Americas
                                      New York, New York 10019-6064
                                      Tel.  (212) 373-3000
                                      Fax  (212) 492-0543
                                      agordon@paulweiss.com

                                      Attorneys for Plaintiff Fletcher International, Ltd.