AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>Southern</u> District of <u>New York</u>

FLETCHER INTERNATIONAL, LTD.

V.

SYNTROLEUM CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5851

JUDGE MARRERO

TO: (Name and address of Defendant)

Syntroleum Corporation
4322 South 49th West Avenue
Tulsa, OK 74107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Gordon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUN 27 2008

CLERK                                                              DATE
*[signature: Catherine Lapsley]*

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                      Date                                           *Signature of Server*

                                                             _____
                                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

FLETCHER INTERNATIONAL, LTD.　　　　　　) Case No.: 08CV5851 Judge Marrero
)
)
)
)
　　　　　　　Plaintiff　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　)
SYNTROLEUM CORPORATION　　　　　　　　　)
)
)
)
　　　　　　　Defendant　　　　　　　　　)

## AFFIDAVIT OF CORPORATE SERVICE

That I, Larry L. Lancaster, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on June 30, 2008 at 12:30 PM at 735 First National Building, Oklahoma City, OK 73102 I served Syntroleum Corporation with the following list of documents: Summons, Complaint, Civil Coversheet, Exhibit A Part 1 to Complaint, Exhibit A part 2 to Complaint, Exhibit B to Complaint, Rule 7.1 Statement, ECF Rules Southern District of New York, Individual Practices of United States District Judge Victor Marrero Southern District of New York by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Amy Wingate, authorized representative of The Corporation Company, whose Title is 5. Registered Agent.

That Amy Wingate, Representative of The Corporation Company stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Female　　Race/Skin: White　　Hair: Brown　　Glasses: No　　Age: 25 - 28　　Height: 5'4　　Weight: 110

Larry L. Lancaster
Contracted by A.H. Parker & Associates, Inc.　　　　Executed on:

d/b/a Due Process
P.O. Box 2396
Columbia, MD 21045

Subscribed and sworn to before me, a notary public, on this 30th day of June, 2008.
　　　　　　　　　　　　　　　　　　　My Commission Expires:
Notary Public

ID: 08-008341

SUSAN ALONGI
Notary Public
State of Oklahoma
Commission # 01015311  Expires 10/17/09

Client Reference: Andreev/Fletcher International,