UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLETCHER INTERNATIONAL, LTD.,

    **Plaintiff,**

VS.

SYNTROLEUM CORPORATION,

    **Defendant**

**Civil Action No. 08-CV-5851**

**STIPULATION**

Plaintiff Fletcher International, Ltd., by and through its attorneys, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Irell & Manella LLP, and Defendant Syntroleum Corporation, by and through its attorneys, Andrews Kurth LLP, hereby stipulate and agree that Defendant Syntroleum Corporation shall have until August 4, 2008 to move, answer or otherwise respond to the Complaint previously filed by Plaintiff Fletcher International, Ltd.

    DATED:    New York, New York

              July 15, 2008

Respectfully submitted,

By: _____

    Andrew G. Gordon
    (agordon@paulweiss.com)
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000

              and

    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067
    (310) 277-1010

ATTORNEYS FOR PLAINTIFF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08

By: _Lynne M. Fischman Uniman_    ~ FU 6750
Lynne Fischman Uniman
(luniman@andrewskurth.com)
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
(212) 850-2800

and

Kent W. Robinson
Dena Palermo
Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4200

ATTORNEYS FOR DEFENDANT

SO ORDERED

July 17, 2008

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE

-2-