**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD., | : |
| Plaintiff, | : Case No. 08-CV-5851 |
| -against- | : **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| SYNTROLEUM CORPORATION, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT, upon the Affidavit of Lynne M. Fischman Uniman, sworn to on July 16, 2008, and the Affidavit of Kent W. "Rocky" Robinson in Support of Motion for Admission of Attorney *Pro Hac Vice*, sworn to on July 15, 2008, Defendant Syntroleum Corporation ("Defendant"), will move this Court before the Honorable Victor Marrero, United States District Judge, on a date and time to be designated by the Court, or as soon thereafter as the matter may be heard, for an order, pursuant to S.D.N.Y. Civ. R. 1.3(c), admitting Kent W. "Rocky" Robinson to appear *pro hac vice* in the above-captioned case on behalf of Defendant.

Dated: New York, New York
       July 16, 2008

ANDREWS KURTH LLP

By: *[signature]*
Lynne M. Fischman Uniman (LU6750)
450 Lexington Avenue
New York, N.Y. 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929
*Attorneys for Defendants WW JFK LLC, dba, Ramada Plaza Hotel, Mary Birmingham, Ali Chiani, Robert Santucci and Rene Pereira*

NYC:179290.1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FLETCHER INTERNATIONAL, LTD.,        :

                Plaintiff,           :  Case No. 08-CV-5851

        -against-                    :  AFFIDAVIT IN SUPPORT OF
                                        MOTION FOR ADMISSION OF
SYNTROLEUM CORPORATION,              :  ATTORNEY PRO HAC VICE

                Defendant.           :

------------------------------------ x
```

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

LYNNE M. FISCHMAN UNIMAN, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice law in the State of New York and was admitted to practice before this Court in 1983.

2. I submit this affidavit, pursuant to S.D.N.Y. Civ. R. 1.3(c), in support of the motion for *pro hac vice* admission of Kent W. "Rocky" Robinson, Andrews Kurth LLP, 600 Travis, Suite 4200, Houston Texas 77002-3090, telephone (713) 220-4200, facsimile: (713) 220-4285, rrobinson@akllp.com, to practice before this Court so that he may represent Defendant Syntroleum Corporation ("Defendant") in this action.

3. Mr. Robinson is an active member in good standing of the Bar of the State of Texas. He has been my partner for the past eighteen years. In support of this motion, an affidavit signed and sworn to by Mr. Robinson is attached hereto as Exhibit A. A certificate of good standing issued by the Supreme Court of Texas, dated within thirty days of the date of this motion, is attached to his affidavit.

NYC:179290.1

WHEREFORE, I respectfully request that the Court grant this motion so that Mr. Robinson may appear and participate in the above-captioned case *pro hac vice*.

_____
LYNNE M. FISCHMAN UNIMAN

Sworn to before me this
16th day of July, 2008

_____
Notary Public

> LISA LEAVITT
> Notary Public, State of New York
> No. 01LE6153458
> Qualified in New York County
> Commission Expires Oct. 2, 2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>VS.<br><br>SYNTROLEUM CORPORATION,<br><br>Defendant | Civil Action No. 08-CV-5851<br><br>AFFIDAVIT OF KENT W. "ROCKY" ROBINSON IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**STATE OF TEXAS**            )
                              ) ss.:
**COUNTY OF HARRIS**          )

Kent W. "Rocky" Robinson, being first duly sworn upon oath and in support of the Motion for Admission of Attorney *Pro Hac Vice* in the above captioned case, deposes and states as follows:

1. I am an attorney duly licensed to practice law in the State of Texas, and I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Southern, Northern, Eastern and Western Districts of Texas.

2. I was admitted to practice in November 16, 1978, and I am a member in good standing. Attached hereto is a certificate of good standing issued on my behalf by the State Bar of Texas on June 26, 2008.

3. My Texas State Bar Number is 17098600.

4. I am a partner in the Houston office of Andrews Kurth LLP, located at 600 Travis, Suite 4200, Houston, Texas 77002-3090.

5. My legal training and experience consists of the following:

HOU:2823705.1

(a) I received a Juris Doctor degree from the Southern Methodist University Dedman School of Law in May, 1978.

(b) I have been employed by Andrews Kurth LLP as an attorney since 1978.

6. I have never been held in contempt of court.

7. I have never been censured, suspended, or disbarred by any court.

8. I have read and am familiar with the following:

(a) The provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, U.S. District Courts and Magistrates;

(b) The Federal Rules of Evidence for the U.S. Courts and Magistrates;

(c) The Local Civil Rules of the U.S. District Court for the Southern District of New York; and

(d) Individual Practices of the Honorable Victor Marrero and Henry B. Pitman.

9. I have read the Rules of Professional Conduct of the American Bar Association, and will faithfully adhere thereto.

DATED: July 15th, 2008.

_____
KENT W. ROBINSON

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 15th day of July, 2008.

_____
NOTARY PUBLIC in and for the State of Texas

MARY C. DROSCHE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 20, 2009

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kent William Robinson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1978.

I further certify that the records of this office show that, as of this date

**Kent William Robinson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of June, 2008.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0626D

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
FLETCHER INTERNATIONAL, LTD.,                    :

            Plaintiff,                        :   Case No. 08-CV-5851

      -against-                              :   **ORDER FOR ADMISSION *PRO***
                                                        **HAC VICE* OF KENT W.**
SYNTROLEUM CORPORATION,                          :   **"ROCKY" ROBINSON**

            Defendant.                       :

------------------------------------------------ x

Upon the motion of Kent W. "Rocky" Robinson, attorney for Defendant Syntroleum Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Kent W. "Rocky" Robinson
    Andrews Kurth LLP
    600 Travis, Suite 4200
    Houston Texas 77002-3090
    Telephone (713) 220-4200
    Facsimile: (713) 220-4285
    rrobinson@akllp.com

is admitted to practice p*ro hac vice* as counsel for Defendant Syntroleum Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 16, 2008
       New York, New York

                                                        _____
                                                        Hon. Victor Marrero
                                                       United States District Judge

NYC:179299.1

## AFFIDAVIT OF SERVICE BY UNITED STATES MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

      I, Lisa S. Leavitt, being over the age of eighteen (18) years, and first duly sworn, state on oath that I am not a party to this action and that I reside in the County of New York, State of New York.  On July 16, 2008, I served the foregoing Notice of Motion for Admission *Pro Hac Vice* and Affidavit in Support of Motion for Admission of Attorney *Pro Hac Vice* on the party below, by enclosing a copy of same in an envelope properly addressed, postage prepaid, and depositing said envelope in a depository under the exclusive custody and control of the U.S. Postal Office.

      Andrew G. Gordon, Esq.
      Paul., Weiss, Rifkind, Wharton & Garrison LLP
      1285 Avenue of the Americas
      New York, New York 10019-6064

                  /s/ Lisa Leavitt
                  LISA S. LEAVITT

Sworn to before me this 16th day
of July, 2008

/s/ Jakelyne Garcia
Notary Public

    JAKELYNE GARCIA
  Notary Public, State of New York
      No. 01GA6006659
   Qualified in New York County
Commission Expires May 4, 20 10

NYC:179316.1