UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
FLETCHER INTERNATIONAL, LTD.,          :

          Plaintiff,                 : Case No. 08-CV-5851

      -against-                        : **NOTICE OF MOTION FOR**
                                                 **ADMISSION *PRO HAC VICE***
SYNTROLEUM CORPORATION,                :

          Defendant.                 :

-------------------------------------- x

    PLEASE TAKE NOTICE THAT, upon the Affidavit of Lynne M. Fischman Uniman, sworn to on July 16, 2008, and the Affidavit of Kent W. "Rocky" Robinson in Support of Motion for Admission of Attorney *Pro Hac Vice*, sworn to on July 15, 2008, Defendant Syntroleum Corporation ("Defendant"), will move this Court before the Honorable Victor Marrero, United States District Judge, on a date and time to be designated by the Court, or as soon thereafter as the matter may be heard, for an order, pursuant to S.D.N.Y. Civ. R. 1.3(c), admitting Kent W. "Rocky" Robinson to appear *pro hac vice* in the above-captioned case on behalf of Defendant.

Dated: New York, New York
       July 16, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

ANDREWS KURTH LLP

By: *[signature]*
    Lynne M. Fischman Uniman (LU6750)
    450 Lexington Avenue
    New York, N.Y. 10017
    Telephone: (212) 850-2800
    Facsimile: (212) 850-2929
    *Attorneys for Defendants WW JFK LLC,*
    *dba, Ramada Plaza Hotel, Mary*
    *Birmingham, Ali Chiani, Robert Santucci*
    *and Rene Pereira*

NYC:179290.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FLETCHER INTERNATIONAL, LTD.,           :

        Plaintiff,                   :  Case No. 08-CV-5851

    -against-                            :  **AFFIDAVIT IN SUPPORT OF**
                                                      **MOTION FOR ADMISSION OF**
SYNTROLEUM CORPORATION,                 :  **ATTORNEY *PRO HAC VICE***

        Defendant.                   :
------------------------------------ x

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK  )

    LYNNE M. FISCHMAN UNIMAN, being duly sworn, deposes and says:

    1.    I am an attorney duly admitted to practice law in the State of New York and was admitted to practice before this Court in 1983.

    2.    I submit this affidavit, pursuant to S.D.N.Y. Civ. R. 1.3(c), in support of the motion for *pro hac vice* admission of Kent W. "Rocky" Robinson, Andrews Kurth LLP, 600 Travis, Suite 4200, Houston Texas 77002-3090, telephone (713) 220-4200, facsimile: (713) 220-4285, rrobinson@akllp.com, to practice before this Court so that he may represent Defendant Syntroleum Corporation ("Defendant") in this action.

    3.    Mr. Robinson is an active member in good standing of the Bar of the State of Texas. He has been my partner for the past eighteen years. In support of this motion, an affidavit signed and sworn to by Mr. Robinson is attached hereto as Exhibit A. A certificate of good standing issued by the Supreme Court of Texas, dated within thirty days of the date of this motion, is attached to his affidavit.

NYC:179290.1

WHEREFORE, I respectfully request that the Court grant this motion so that Mr. Robinson may appear and participate in the above-captioned case *pro hac vice*.

*[Signature]*
LYNNE M. FISCHMAN UNIMAN

Sworn to before me this
16th day of July, 2008

*[Signature]*
Notary Public

LISA LEAVITT
Notary Public, State of New York
No. 01LE6153458
Qualified in New York County
Commission Expires Oct. 2, 2010

2

NYC:179290.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>VS.<br><br>SYNTROLEUM CORPORATION,<br><br>Defendant | Civil Action No. 08-CV-5851<br><br>AFFIDAVIT OF KENT W. "ROCKY" ROBINSON IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

STATE OF TEXAS              )
                            ) ss.:
COUNTY OF HARRIS            )

Kent W. "Rocky" Robinson, being first duly sworn upon oath and in support of the Motion for Admission of Attorney *Pro Hac Vice* in the above captioned case, deposes and states as follows:

1. I am an attorney duly licensed to practice law in the State of Texas, and I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Southern, Northern, Eastern and Western Districts of Texas.

2. I was admitted to practice in November 16, 1978, and I am a member in good standing. Attached hereto is a certificate of good standing issued on my behalf by the State Bar of Texas on June 26, 2008.

3. My Texas State Bar Number is 17098600.

4. I am a partner in the Houston office of Andrews Kurth LLP, located at 600 Travis, Suite 4200, Houston, Texas 77002-3090.

5. My legal training and experience consists of the following:

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Kent William Robinson

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1978.

I further certify that the records of this office show that, as of this date

### Kent William Robinson

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of June, 2008.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0626D

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

FLETCHER INTERNATIONAL, LTD.,          :

        Plaintiff,                  :   Case No. 08-CV-5851

        -against-                  :   **ORDER FOR ADMISSION *PRO***
                                                                   **HAC VICE* OF KENT W.**
SYNTROLEUM CORPORATION,                :   **"ROCKY" ROBINSON**

        Defendant.                  :

------------------------------ x

    Upon the motion of Kent W. "Rocky" Robinson, attorney for Defendant Syntroleum Corporation, and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

        Kent W. "Rocky" Robinson
        Andrews Kurth LLP
        600 Travis, Suite 4200
        Houston Texas 77002-3090
        Telephone (713) 220-4200
        Facsimile: (713) 220-4285
        rrobinson@akllp.com

is admitted to practice *pro hac vice* as counsel for Defendant Syntroleum Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 16, 2008
       New York, New York

                                                     Hon. Victor Marrero
                                                   United States District Judge

NYC:179299.1