MARRERO, S.

```
| USDS SDNY
| DOCUMENT
| ELECTRONICALLY FILED
| DOC #: _____
| DATE FILED: 7/18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLETCHER INTERNATIONAL, LTD.,

    Plaintiff,

VS.

SYNTROLEUM CORPORATION,

    Defendant

Civil Action No. 08-CV-5851 (VM)

STIPULATION

    Plaintiff Fletcher International, Ltd., by and through its attorneys, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Irell & Manella LLP, and Defendant Syntroleum Corporation, by and through its attorneys, Andrews Kurth LLP, hereby stipulate and agree that Defendant Syntroleum Corporation shall have until August 4, 2008 to move, answer or otherwise respond to the Complaint previously filed by Plaintiff Fletcher International, Ltd.

DATED:    New York, New York

              July 15, 2008

Respectfully submitted,

By: _____

Andrew G. Gordon
(agordon@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

and

Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

ATTORNEYS FOR PLAINTIFF

HOU:2823616.1

By: _____
Lynne Fischman Uniman  LFU 6750
(luniman@andrewskurth.com)
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
(212) 850-2800

and

Kent W. Robinson
Dena Palermo
Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4200

ATTORNEYS FOR DEFENDANT

SO ORDERED

July __, 2008

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE