**SCANNED**

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fletcher International,   Plaintiff,
Ltd.

 - against -

Syntroleum Corporation,   Defendant.

08 cv 5851 (  )

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew G. Gordon   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Moez M. Kaba
Firm Name:   Irell & Manella LLP
Address:   1800 Avenue of the Stars, Suite 900
City/State/Zip:   Los Angeles, CA 90067-4276
Phone Number:   (310) 277-1010
Fax Number:   (310) 203-7199

Moez M. Kaba   is a member in good standing of the Bar of the States of New York

There are no pending disciplinary proceeding against   Moez M. Kaba in any State or Federal court.

Dated:  July 29, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar # AG-9239
Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address:   1285 Avenue of the Americas
City/State/Zip: New York, NY 10019-6064
Phone Number: (212) 373-3000
Fax Number:   (212) 492-0543

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SYNTROLEUM CORPORATION,<br><br>Defendant. | 08 Civ. 5851<br><br>**DECLARATION OF ANDREW G. GORDON IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

ANDREW G. GORDON declares pursuant to 28 U.S.C. § 1746:

1. I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiff in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion, dated July 29, 2008, for an order admitting Moez M. Kaba to practice before the Court *pro hac vice* in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 23, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Moez M. Kaba is an associate at Irell & Manella LLP, in Los Angeles, California.

4. I have found Mr. Kaba to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. I respectfully submit a proposed order granting the admission of Moez M. Kaba, which is attached hereto as Exhibit 1.

WHEREFORE, I respectfully request that Moez M. Kaba be admitted to practice before the Court *pro hac vice* in the above-captioned matter.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

_____
Andrew G. Gordon

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MOEZ MANSOOR KABA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **4th** day of **October, 2006** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 21, 2008

_____
Clerk of the Court

6751

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fletcher International, Ltd.          Plaintiff,

                                                          08    cv 5851    (    )

- against -
                                      Defendant.          **ORDER FOR ADMISSION**
Syntroleum Corporation,                                   **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of  Andrew G. Gordon   attorney for   Fletcher International, Ltd.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Moez M. Kaba |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, CA 90067-4276 |
| Telephone/Fax: | (310) 277-1010 / (310) 203-7199 |
| Email Address: | mkaba@irell.com |

is admitted to practice pro hac vice as counsel for   Fletcher International, Ltd.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                                _____
                                                United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NEW YORK   )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 29, 2008, I personally served true copies of the foregoing: MOTION TO ADMIT COUNSEL PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on the following:

> Kent W. Robinson
> Lynne M. Uniman
> Andrews Kurth LLP
> 450 Lexington Avenue
> New York, NY 10017

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Ella A. Capone

Sworn to before me this
29th day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008