SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fletcher International, Ltd., Plaintiff,

- against -

Syntroleum Corporation, Defendant.

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

08 cv 5851 (VM)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew G. Gordon a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Iian D. Jablon
Firm Name: Irell & Manella LLP
Address: 1800 Avenue of the Stars, Suite 900
City/State/Zip: Los Angeles, CA 90067-4276
Phone Number: (310) 277-1010
Fax Number: (310) 203-7199

Iian D. Jablon is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Iian D. Jablon in any State or Federal court.

Dated: July 29, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar # AG-9239
Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 1285 Avenue of the Americas
City/State/Zip: New York, NY 10019-6064
Phone Number: (212) 373-3000
Fax Number: (212) 492-0543

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLETCHER INTERNATIONAL, LTD.,<br><br>                Plaintiff,<br><br>      v.<br><br>SYNTROLEUM CORPORATION,<br><br>                Defendant. | 08 Civ. 5851<br><br>**DECLARATION OF ANDREW G. GORDON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

ANDREW G. GORDON declares pursuant to 28 U.S.C. § 1746:

1. I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiff in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion, dated July 29, 2008, for an order admitting Iian D. Jablon to practice before the Court *pro hac vice* in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 23, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Iian D. Jablon is a partner at Irell & Manella LLP, in Los Angeles, California.

4. I have found Mr. Jablon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. I respectfully submit a proposed order granting the admission of Iian D. Jablon, which is attached hereto as Exhibit 1.

WHEREFORE, I respectfully request that Iian D. Jablon be admitted to practice before the Court *pro hac vice* in the above-captioned matter.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

_____
Andrew G. Gordon

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IIAN DANIEL JABLON, #205458 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fletcher International, Ltd.,         Plaintiff,

                                                08   cv   5851   (   )

          - against -
Syntroleum Corporation,             Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Andrew G. Gordon  attorney for  Fletcher International, Ltd.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Iian D. Jablon |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, CA 90067-4276 |
| Telephone/Fax: | (310) 277-1010 / (310) 203-7199 |
| Email Address: | ijablon@irell.com |

is admitted to practice pro hac vice as counsel for  Fletcher International, Ltd.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 31 July 2008
City, State: New York, NY

_____
Victor Marrero
United States District ~~Magistrate~~ Judge

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                    ) s.s.:
COUNTY OF NEW YORK  )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 29, 2008, I personally served true copies of the foregoing: MOTION TO ADMIT COUNSEL PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on the following:

> Kent W. Robinson
> Lynne M. Uniman
> Andrews Kurth LLP
> 450 Lexington Avenue
> New York, NY 10017

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_Ella Capone_
Ella A. Capone

Sworn to before me this
29th day of July, 2008

_Sylvia Andreev_
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed In New York County