SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fletcher International, Ltd.          Plaintiff,

                                                              08   cv 5851   (   )

- against -

Syntroleum Corporation,          Defendant.          **ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Andrew G. Gordon   attorney for  Fletcher International, Ltd.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Moez M. Kaba |
| Firm Name: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City/State/Zip: | Los Angeles, CA 90067-4276 |
| Telephone/Fax: | (310) 277-1010 / (310) 203-7199 |
| Email Address: | mkaba@irell.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

is admitted to practice pro hac vice as counsel for  Fletcher International, Ltd.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 31 July 2008
City, State: New York, NY

_____
Victor Marrero
United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                    ) s.s.:
COUNTY OF NEW YORK  )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 29, 2008, I personally served true copies of the foregoing: MOTION TO ADMIT COUNSEL PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on the following:

> Kent W. Robinson
> Lynne M. Uniman
> Andrews Kurth LLP
> 450 Lexington Avenue
> New York, NY 10017

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_Ella Capone_
Ella A. Capone

Sworn to before me this
29th day of July, 2008

_Sylvia Andreev_
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County